UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SNOW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONAGRA BRANDS INC.,<br><br>　　　　Defendant. | No.  1:22-cv-00699-JLT-EPG<br><br>ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 15) |

　　　　On February 17, 2023, the parties filed a stipulated request to modify the scheduling order, seeking to extend certain deadlines by about three months.[1] (ECF No. 15). As grounds, the parties state an extension is warranted because they are trying to resolve discovery issues, Plaintiff is reassessing the viability of certain claims, and the parties need to conduct additional discovery.

　　　　The Court finds good cause to extend the deadlines. Accordingly, IT IS ORDERED that the Court's scheduling order (ECF No. 11) is hereby modified as follows, with all unmodified provisions of the scheduling order remaining in place:

///

---

[1] The Court did not locate a Word version of the stipulation and proposed order in the Court's email box. Should the parties file any proposed orders in the future, they are directed to comply with Local Rule 137(b).

1

| Event | Deadline | Amended Deadline |
|---|---|---|
| Non-expert Discovery Cutoff | April 18, 2023 | July 18, 2023 |
| Expert Disclosure | May 12, 2023 | August 1, 2023 |
| Rebuttal Expert Disclosure | June 12, 2023 | September 1, 2023 |
| Expert Discovery Cutoff | July 12, 2023 | October 2, 2023 |
| Deadline to File Dispositive Motions[2] | August 28, 2023 | October 16, 2023 |
| Pre-Trial Conference | January 12, 2024, at 1:30 p.m. Courtroom 4 (JLT) | February 20, 2024, at 1:30 p.m. Courtroom 4 (JLT) |
| Trial | March 12, 2024, at 8:30 a.m. Courtroom 4 (JLT) | April 23, 2024, at 8:30 a.m. Courtroom 4 (JLT) |

IT IS SO ORDERED.

Dated:   **February 21, 2023**                    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[2] The parties did not request to extend the pre-trial conference or trial dates. However, it is necessary to extend them based on the other extensions.