UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SNOW,<br><br>                Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC.,<br><br>                Defendant. | Case No.: 1:22-cv-00699-JLT-EPG<br><br>ORDER APPROVING THE SECOND JOINT STIPULATION TO MODIFY THE SCHEDULING CONFERENCE ORDER<br><br>(ECF No. 17) |

      Based on discovery delays, the parties' intention to participate in a settlement conference, and Plaintiff's reevaluation of the claims properly at issue in this case, the parties stipulate to continue certain case deadlines by approximately three months.[1] (ECF No. 17). Pursuant to the parties' second stipulation (ECF No. 17), IT IS ORDERED as follows:

1. The Court continues the nonexpert discovery cutoff, expert discovery deadlines, and dispositive motion deadline as follows:
   1. Nonexpert discovery cutoff is continued from July 18, 2023, to October 18, 2023;
   2. Expert disclosure is continued from August 1, 2023, to November 1, 2023;

---

[1] While the parties do not seek to continue the pretrial and trial dates, it is necessary to do so based on the extension of other deadlines.

1

3. Rebuttal expert disclosure is continued from September 1, 2023, to December 1, 2023;
4. Expert discovery cutoff is continued from October 2, 2023, to January 2, 2024; and
5. Dispositive motion filing deadline is continued from October 16, 2023, to January 16, 2024.
6. The pretrial conference before District Judge Jennifer L. Thurston is continued from February 20, 2024, to May 13, 2024, at 1:30 p.m. in Courtroom 4.
7. The trial before District Judge Jennifer L. Thurston is continued from April 23, 2024, to July 16, 2024, at 8:30 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated:   **June 22, 2023**                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE