HUSCH BLACKWELL, LLP
355 South Grand Ave., Suite 2850, Los Angeles, California 90071
(213) 337-6550

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE SNOW,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No.:　　1:22-CV-00699-KJM-CKD<br><br>**ORDER GRANTING THE THIRD JOINT STIPULATION TO MODIFY THE SCHEDULING CONFERENCE ORDER**<br><br>*[Concurrently filed with the Joint Stipulation and Declaration of Allison Scott]*<br><br>Complaint Filed:　April 5, 2022<br>Trial Date:　　　To be determined |

Pursuant to the Third Joint Stipulation to Modify the Scheduling Conference Order, IT IS SO ORDERED:

1. The Court GRANTS the Parties' Third Joint Stipulation to Modify the Scheduling Conference Order.

2. The Court continues the nonexpert discovery cutoff, expert discovery deadlines, and dispositive motion deadline as follows:

a. Nonexpert discovery cutoff is continued from October 18, 2023 to February 19, 2024;

b. Expert disclosure is continued from November 1, 2023 to March 1, 2024;

c. Rebuttal expert disclosure is continued from December 1, 2023 to April 1, 2024;

d. Expert discovery cutoff is continued from January 2, 2024 to May 2, 2024; and

e. Dispositive motion filing deadline is continued from January 16, 2024 to May 16, 2024.

**IT IS SO ORDERED.**

Dated: October 12, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

*MICHELLE SNOW V. CONAGRA BRANDS, INC., ET AL.*
**U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION,** 1:22-CV-00699- KJM-CKD

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 355 South Grand Ave., Suite 2850, Los Angeles, California 90071. On October 11, 2023, I served a copy of the within document(s):

➢ **[PROPOSED] ORDER GRANTING THE THIRD JOINT STIPULATION TO MODIFY THE SCHEDULING CONFERENCE ORDER**

as follows:

☐ by sealing the document(s) listed above in an envelope and placing it for collection, which would, in the ordinary course of business, be deposited with the United States Postal Service on this date for delivery to the person(s) at the address(es) set forth below.

☐ by sealing the document(s) listed above in an envelope and causing them to be personally delivered *via* courier to the person(s) at the address(es) set forth below.

☐ by electronically serving the document(s) listed above *via* File&ServeXpress on the recipient(s) designated on the Transaction Receipt located on the File&ServeXpress website.

☐ by sealing the document(s) listed above in a FEDEX envelope/box and placing it for collection, which would, in the ordinary course of business, be deposited with FEDEX for delivery to the person(s) at the address(es) set forth below.

☒ by emailing a true and correct copy of the document(s) listed to the person(s) at the email address(es) set forth below.

| | |
|---|---|
| Johnny Rundell, Esq.<br>Elias K. Fakhoury, Esq.<br>Kelsi Grau, Esq.<br>HERSHEY LAW, P.C.<br>16255 Ventura Blvd., Suite 1205<br>Encino, CA 91436<br>jrundell@hersheylaw.com<br>efakhoury@hersheylaw.com<br>kgrau@hersheylaw.com | Attorney for Plaintiff |

HUSCH BLACKWELL, LLP
355 South Grand Ave., Suite 2850, Los Angeles, California 90071
(213) 337-6550

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 11, 2023, at Orange, California.

*/s/Eleni Medenas*
ELENI MEDENAS