UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE SNOW,<br><br>    Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC., and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No.: 1:22-CV-00699-KJM-CKD<br><br>**ORDER GRANTING THE JOINT STIPULATION TO MODIFY THE NONEXPERT DISCOVERY CUTOFF** |

   Pursuant to the Joint Stipulation to Modify the Nonexpert Discovery Cutoff the Court GRANTS the Parties' Joint Stipulation to Modify the Nonexpert Discovery Cutoff extending the nonexpert discovery cutoff to April 19, 2024 with the following limitations:

   a. The Parties must supplement their Initial Disclosures by February 19, 2024.

   b. The Parties may depose any witnesses not previously disclosed in written discovery or at deposition up to April 19, 2024.

   c. The Parties complete any outstanding discovery as follows: (a) Conagra's deposition and document subpoenas to the Union and Plaintiff's healthcare providers, (b) Plaintiff's third day of deposition regarding Plaintiff's

HUSCH BLACKWELL, LLP
355 South Grand Ave., Suite 2850, Los Angeles, California 90071
(213) 337-6550

notebooks, (c) Plaintiff's deposition of Conagra's corporate representative, (d) Plaintiff's anticipated deposition subpoenas to Carmen Rodriguez and Mauricio Chang, and (e) either side's deposition of any witnesses not previously disclosed in written discovery or at deposition that is identified in the amended initial disclosures.

IT IS SO ORDERED.

Dated: February 21, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,snow.699