UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SNOW,<br><br>            Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC., and DOES 1 through 50, inclusive,<br><br>            Defendant. | Case No.:      1:22-CV-00699-KJM-CKD<br><br>**ORDER GRANTING THE JOINT STIPULATION FOR DEFENDANT CONAGRA BRANDS, INC. TO FILE AN AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>*[Concurrently filed with the Joint Stipulation]*<br><br>Complaint Filed:      April 5, 2022<br>Trial Date:      To be determined |

Pursuant to the Joint Stipulation for defendant Conagra Brands, Inc. to file an amended answer to plaintiff's complaint, IT IS SO ORDERED:

1. The court GRANTS the Parties' Joint Stipulation.

2. Defendant Conagra Brands, Inc. is granted leave to file its amended answer to plaintiff's complaint.

**IT IS SO ORDERED.**

DATED: March 5, 2024.

CHIEF UNITED STATES DISTRICT JUDGE