HUSCH BLACKWELL, LLP
355 South Grand Ave., Suite 2850, Los Angeles, California 90071
(213) 337-6550

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

MICHELLE SNOW,

                Plaintiff,

v.

CONAGRA BRANDS, INC., and DOES 1 through 50, inclusive,

                Defendant.

Case No.:      1:22-CV-00699-KJM-CKD

**[PROPOSED]** **ORDER GRANTING THE SECOND JOINT STIPULATION TO MODIFY THE NONEXPERT DISCOVERY CUTOFF**

*[Concurrently filed with the Declaration of Allison Scott and Proposed Order]*

Complaint Filed:      April 5, 2022
Trial Date:      To be determined

Pursuant to the Second Joint Stipulation to Modify the Nonexpert Discovery Cutoff, IT IS SO ORDERED:

1. The Court GRANTS the Parties' Second Joint Stipulation to Modify the Nonexpert Discovery Cutoff extending the nonexpert discovery cutoff to May 9, 2024 for the following: (a) Conagra's deposition and document subpoenas to Plaintiff's healthcare providers, and (b) Plaintiff's third day of deposition regarding Plaintiff's notebooks.

///

///

~~[PROPOSED]~~ ORDER GRANTING SECOND JOINT STIPULATION TO MODIFY THE NONEXPERT DISCOVERY CUTOFF

1    **IT IS SO ORDERED.**

2    Dated:  April 16, 2024

3    _____

4    CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HUSCH BLACKWELL, LLP
355 South Grand Ave., Suite 2850, Los Angeles, California 90071
(213) 337-6550

~~[PROPOSED]~~ ORDER GRANTING SECOND JOINT STIPULATION TO MODIFY THE NONEXPERT
DISCOVERY CUTOFF