HUSCH BLACKWELL, LLP
355 South Grand Ave., Suite 2850, Los Angeles, California 90071
(213) 337-6550

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE SNOW,<br><br>          Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC., and DOES 1 through 50, inclusive,<br><br>          Defendant. | Case No.:     1:22-CV-00699-KJM-CKD<br><br>**ORDER GRANTING THE FOURTH JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>*[Concurrently filed with the Joint Stipulation and Declaration of Allison Scott]*<br><br>Complaint Filed:     April 5, 2022<br>Trial Date:     To be determined |

Pursuant to the Fourth Joint Stipulation to Modify the Scheduling Conference Order, IT IS SO ORDERED:

1. The Court GRANTS the Parties' Fourth Joint Stipulation to Modify the Scheduling Conference Order.

2. The Court continues the nonexpert discovery cutoff, and dispositive motion deadline as follows:

    a. Nonexpert discovery cutoff is continued from May 9, 2024 to June 7, 2024 to complete Plaintiff's deposition related to her notebooks and resolve

outstanding issues related to Plaintiff's handwritten notes created after 2021; and

b. Dispositive motion filing deadline is continued from May 16, 2024 to June 14, 2024.

**IT IS SO ORDERED.**

DATED: May 7, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE