UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE SNOW,<br><br>             Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC., and DOES 1 through 50, inclusive,<br><br>             Defendant. | Case No.:    1:22-CV-00699-KJM-CKD<br><br>**ORDER GRANTING THE FIFTH JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>*[Concurrently filed with the Joint Stipulation and Declaration of Allison Scott]*<br><br>Complaint Filed:    April 5, 2022<br>Trial Date:    To be determined |

Pursuant to the Fifth Joint Stipulation to Modify the Scheduling Conference Order, IT IS SO ORDERED:

1. The Court GRANTS the Parties' Fifth Joint Stipulation to Modify the Scheduling Conference Order.

2. The Court continues the nonexpert discovery cutoff, and dispositive motion deadline as follows:

    a. Nonexpert discovery cutoff is continued from June 7, 2024, to July 22, 2024, to complete plaintiff's deposition related to her notebooks, potentially depose Navi Kaur at EAG Professional Medical Corporation, and resolve

outstanding issues related to plaintiff's handwritten notes created after 2021; and

b. Dispositive motion filing deadline is continued from June 14, 2024, to July 29, 2024.

**IT IS SO ORDERED.**

DATED: May 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE