## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE SNOW ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:22−CV−00699−DC−CKD** |
| **CONAGRA BRANDS INC. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/5/2026 .**

ENTERED: **January 5, 2026**         /s/ **Keith Holland**
                                                            Clerk of Court